ORIGINAL

FILED
AUG 7 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CONSOLIDATED SUPPLIERS AND CONTRACTORS CO.**

**v.**

**THE UNITED STATES.**

**Case No.** 07-598 C

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to the U.S. Court of Federal Claims Rule 7.1, Consolidated Suppliers and Contractors Co. ("CSC") provides as follows for its mandatory disclosure statement:

1. CSC is s nongovernmental corporate party to a proceeding in this Court.

2. No parent corporation and no publicly held corporation own 10% or more of CSC's stock.

Respectfully submitted,

Sarah 7. Zaffina

Sarah Zaffina, Esq.
Declan C. Leonard, Esq.
Seth C. Berenzweig, Esq.
ALBO & OBLON, LLP
2200 Clarendon Boulevard
Suite 1201
Arlington, Virginia 22201
Telephone: (703) 312-0410
Facsimile: (703) 312-0415

*Counsel for Consolidated Suppliers and Contractors Co.*

Dated: 8/6/07