IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED SUPPLIERS AND CONTRACTORS CO., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-598C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court Federal Claims, defendant respectfully requests an enlargement of time of 62 days, to and including December 10, 2007, within which to file our answer or otherwise respond to plaintiff's complaint. Our response is currently due on October 9, 2007. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has advised us that plaintiff concurs with this request.

The parties have scheduled a settlement conference in an attempt to resolve this case without further judicial involvement. Defendant's counsel, once the negotiations have concluded, must prepare and submit a recommendation, either accepting or rejecting the settlement offer, to the appropriate deciding official within the Department of Justice. Consequently, the additional time will allow the parties an opportunity to fully explore the possibility of an amicable resolution to this case without the pressure of simultaneously

preparing for further litigation, as well as allow us to comply with our internal policies. On or before December 10, 2007, we will either file our answer or inform the Court that this case will be amicably resolved.

For these reasons, defendant's counsel respectfully requests that our motion for enlargement of time for the filing of our answer be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/BRYANT G. SNEE
BRYANT G. SNEE
Deputy Director

S/MICHAEL D. AUSTIN
MICHAEL D. AUSTIN
Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-0321
(202) 305-7644 (fax)

October 9 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 9TH day of October, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael D. Austin