# In the United States Court of Federal Claims

No. 07-598C
(Filed October 15, 2007)

* * * * * * * * * * * * * * * * * * * * * * * 

**CONSOLIDATED SUPPLIERS AND CONTRACTORS CO.,**

Plaintiff,

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * 

## <u>ORDER</u>

The Court has received defendant's unopposed motion for an enlargement of time to file an answer or response to plaintiff's complaint. Defendant seeks the extra time so that the parties may explore settlement of this matter. The Court strongly believes in encouraging attempts to settle cases, in the interests of economizing both the Court's and the parties' time. The motion is **GRANTED**. Defendant shall file its answer or response to plaintiff's complaint on or by **December 10, 2007**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge