**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED SUPPLIERS AND CONTRACTORS CO.,** <br> **Plaintiff,** <br> **v.** <br> **THE UNITED STATES,** <br> **Defendant.** | ) | **Case No. 07-598C** <br> **(Judge Wolski)** |

**NOTICE OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Consolidated Suppliers and Contractors, Co., pursuant to Rule 41(a)(1)(i) of the Rules of the United States Court of Federal Claims, hereby files this notice of dismissal of this action with prejudice.

Respectfully submitted,

/s/ Declan C. Leonard
DECLAN C. LEONARD, Esq.
Seth C. Berenzweig, Esq.
Sarah Zaffina, Esq.
ALBO & OBLON, LLP
2200 Clarendon Boulevard
Suite 1201
Arlington, Virginia 22201
Telephone: (703) 312-0410

Attorney for Plaintiff

Dated: ______________________________

**CERTIFICATE OF SERVICE**

I hereby certify that on this ____ day of December 2007, a copy of the foregoing "Joint Stipulation of Dismissal With Prejudice" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Declan C. Leonard
DECLAN C. LEONARD